

JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
   38 CORPORATE PARK, SUITE D
   IRVINE, CA  92714
   714-474-2055

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Court No. 90A90007 |
| Plaintiff, | <u>CONSENT JUDGMENT</u> |
| v. | |
| DEBRA G. COLLINS | |
| Defendant(s). | |

Plaintiff, United States of America, having filed its Complaint herein, and the defendant(s), having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. Section 1345). The Complaint filed herein states a claim upon which relief can be granted.

2. The defendant(s) hereby acknowledge(s) and accept(s) service of the Complaint filed herein.

3. The defendant(s) hereby agree(s) to the entry of Judgment in the principal amount of $7,500.00, plus interest from 09/11/89 to the date of entry of this Judgment at 7.000%, $0 administrative charges and $160.00 as costs and $300.00 attorney fees.

4. Defendant(s) will make MONTHLY payments to plaintiff in the amount of $200.00, beginning 02/15/90, and at the same time thereafter until the debt is paid in full.

5. The MONTHLY payment rate will be reevaluated annually and will be modified, as necessary, to take into account the changed economic circumstances of the defendant(s).

6. For purposes of evaluation and possible modification, the defendant(s) will provide plaintiff a copy of his/her/their Federal Income Tax return(s) 1 (including all attachments) or other evidence of total annual income, and completed Financial Statement(s) provided by plaintiff, two (2) months prior to the first anniversary date of the judgment, and at the same time each year thereafter, until this debt is liquidated.

7. Under no circumstances, will the monthly payment rate be lower than $50.00.

8. Should defendant(s) become 30 days or more delinquent in MONTHLY payments, in accordance with this consent judgment, plaintiff will enforce this judgment in accordance with the California Code of Civil Procedure.

9. Lien(s) will be recorded with the applicable County Recorder(s) wherein defendant(s) reside(s) or own(s) real property and that defendant(s) shall bear the costs of this(ese) transaction(s).

10. When the amount of the consent judgment is liquidated, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide defendant(s) Release(s) of Lien Under Abstract of Judgment for defendant(s) to record with the applicable County Recorder(s).

11. This consent judgment will accrue interest at the legal rate from the date of entry until satisfied.

JEFFRIES ADVOCATES

COUNTESS P. JEFFRIES
ATTORNEY FOR THE PLAINTIFF

Debra G Collins
(Defendant's Name)

10153 ½ Riverside DR #121
(Defendant's Address)
Toluca Lake, CA 91602

818 908 5938
Defendant(s) Telephone No.

County of          ) ss
State of California)

Sworn to and subscribed before me this 30th day of Jan, 1990.

_____
Notary Public

OFFICIAL SEAL
LOIS HAEUSSLER
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY
My Commission Exp. Oct. 30, 1991

Dated: MAR 6 1990

LEONARD A. BROSNAN, CLERK
United States District Court
Assistant United States Attorney

By: _____
Deputy Clerk